Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KOVACHERICH J. ARNOLD,

    Plaintiff,

v.                                                                                          4:10cv204-WS

STATE OF FLORIDA,
DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 74) docketed October 21, 2011.  The magistrate judge recommends that the plaintiff's motion to vacate judgment and set aside the parties' settlement agreement be denied. The plaintiff has filed objections (doc. 75) to the report and recommendation.

    Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 74) is ADOPTED and incorporated by reference into this order.

    2.  The plaintiff's motion (doc. 56) to set aside judgment and set aside the parties' settlement agreement is DENIED.

    DONE AND ORDERED this    21st    day of    December   , 2011.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE